UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERTO RIVAS and GERARDO LOPEZ,
Plaintiffs,

-against-

LEX BAGELS, INC. d/b/a BAGEL POINT, BAGELOGY INC., and SAM KAPLAN,
Defendants.

Case No. 1:26-cv-02128 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

This action arises under the Fair Labor Standards Act ("FLSA"). Dkt. 1 ("Compl."). Pursuant to the Court's FLSA Pilot Program, the matter has been referred to mediation. Dkt. 14 ("Referral Order"). In light of that referral and to permit the parties to complete mediation before further motion practice, it is hereby ORDERED that Defendant Sam Kaplan's ("Defendant") motion to dismiss Lex Bagels, Inc. and Bagelogy Inc.'s cross-claims, Dkt. 21, is DENIED without prejudice.

Defendant Kaplan may refile the motion, if appropriate, within **ten days after the conclusion of mediation**. Defendant's deadline to answer or otherwise respond to Lex Bagels, Inc. and Bagelogy Inc.'s cross-claims is likewise extended to that date.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 21.

Dated: July 27, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge