# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

**MICHAEL SAMUEL** ADMITTED IN NY


October 23, 2026

*Via ECF; Total Pages: 2*
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

***RE:*** ***Rivas et al v. Lex Bagels, Inc. et al***
**Docket No. 1:26-cv-02128-JLR**
**Joint Letter Motion Requesting Stay of Mediation**

Dear Judge Rochon:

This office represents plaintiffs Roberto Rivas and Gerardo Lopez ("Plaintiffs") in the above-referenced wage-and-hour action.

We write jointly with Michael Weiss, Esq., counsel for Defendants Lex Bagels, Inc. and Bagelogy Inc. (together, the "Corporate Defendants"), and Ingrid Cardona, Esq., counsel for Individual Defendant Sam Kaplan ("Individual Defendant"), to respectfully request a stay of mediation pending resolution of the motion of Tarter Krinsky & Drogin LLP to withdraw as counsel for Individual Defendant.

Pursuant to the Mediation Referral Order dated May 27, 2026 (ECF No. 14), this action was referred to mediation under the Court's mediation program for cases brought under Fair Labor Standards Act, 29 U.S.C. § 201 et seq. Mediation has twice been scheduled and adjourned and has not yet taken place. Pursuant to the Court's Order dated October 20, 2026, a mediation status report is due by November 4, 2026.

On October 21, 2026, counsel for Individual Defendant filed a motion to withdraw as counsel (the "Motion") (ECF Nos. 24-26). By Order dated October 22, 2026 (ECF No. 27), the Court scheduled a status conference concerning the Motion for November 12, 2026. Counsel for Plaintiffs consent to the Motion and will not file opposition papers. Counsel for Corporate Defendants do not expect to take a position with respect to the Motion.

A temporary stay would permit the parties to proceed with mediation after the issue of Individual Defendant's representation has been resolved and, if necessary, would allow substitute counsel sufficient time to prepare. Proceeding with mediation before that issue is resolved would likely be unproductive and would not serve the interests of the parties or the efficient resolution of this action. Accordingly, we respectfully request that mediation be stayed until 30 days after the Court rules on the Motion or, if later, 30 days after any deadline the Court sets for substitute counsel to appear on behalf of Individual Defendant.

This is the first request for a stay of mediation. Other than the mediation status report deadline addressed above, the proposed stay will not affect any other scheduled court appearance or deadline. Counsel for Individual Defendant has advised Individual Defendant of this request.

We thank the Court for its attention to this matter.

Respectfully submitted,

By: *<u>/s/ Michael Samuel</u>*
Michael Samuel, Esq.
The Samuel Law Firm
*Attorneys for Plaintiffs*

Request GRANTED. Mediation shall be STAYED pending resolution of Defense Counsel's motion to withdraw, Dkt. 24. The parties shall resume mediation upon further from this Court. This order terminates the motion at Dkt. 29.

Dated: October 27, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**