Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Ingrid J. Cardona
Associate
(212) 216-8032
ICardona@tarterkrinsky.com

**Via ECF**

November 10, 2026

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:** ***Rivas et al v. Lex Bagels, Inc. et al***
**Case No.: 1:26-cv-02128-JLR**

Dear Judge Rochon:

This firm, Tarter Krinsky & Drogin LLP (the "Firm"), represents individual defendant Sam Kaplan ("Mr. Kaplan") in the above-referenced action.

Pursuant to Rule 1(F) of Your Honor's Individual Rules of Practice in Civil Cases, we write, with Mr. Kaplan's consent, to respectfully request (i) a two-week extension, to and including, November 25, 2026, of the Firm's time to file a reply in further support of its motion for leave to withdraw as counsel (Dkt. Nos. 24–26), and (ii) a three-week adjournment, to December 2, 2026, or a date thereafter convenient to the Court, of the conference currently scheduled for November 12, 2026, to address the motion. The Firm's reply is currently due today, November 10, 2026. This is the Firm's first request for an extension of the reply deadline and an adjournment of the conference. The request is made today because the development that prompts it occurred only today. Since the motion was filed, the Firm and Mr. Kaplan have reached an agreement that, if performed, will resolve the issues that gave rise to the motion and permit the Firm to continue as Mr. Kaplan's counsel. If the agreement is performed, the Firm will withdraw the motion, Mr. Kaplan will remain represented, and the action will proceed.

The Firm respectfully proposes to submit a letter to the Court on November 30, 2026, advising whether the agreement has been performed and, accordingly, whether the Firm will withdraw the motion or will instead file its reply and ask the Court to decide the motion. During the requested extension and adjournment, the Firm will continue to represent Mr. Kaplan in all respects. The requested relief will not affect any other date in this action, and no party will be prejudiced, as the motion seeks relief only as between the Firm and its client.

We thank the Court for its time and consideration.

Respectfully submitted,
**TARTER KRINSKY & DROGIN LLP**

By: */s/ Ingrid J. Cardona*
Ingrid J. Cardona

cc: All counsel of record via ECF.

Tarter Krinsky & Drogin will submit a letter to the Court by **November 23, 2026**, indicating whether it wishes to pursue its motion to withdraw. Tarter Krinsky & Drogin's deadline to file a reply in support of its motion, if it still wishes to proceed, is **November 25, 2026.** The Court will adjourn the hearing to discuss the motion to withdraw. The matter shall be heard by the Court on **December 3, 2026, at 11:30 a.m**. instead of the previously scheduled date, November 12, 2026.

The hearing will be conducted virtually via Teams video. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 437 002 994#

This Order terminates the motion at Dkt. 31.

Date: November 11, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**