Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Ingrid J. Cardona
Associate
(212) 216-8032
ICardona@tarterkrinsky.com

**Via ECF** November 23, 2026

Hon. Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:** ***Rivas et al v. Lex Bagels, Inc. et al***
**Case No.: 1:26-cv-02128-JLR**

Dear Judge Rochon:

This firm, Tarter Krinsky & Drogin LLP ("TKD"), represents individual defendant Sam Kaplan ("Mr. Kaplan") in the above-referenced action. We write in response to the Court's Order dated November 11, 2026 (Dkt. No. 32), which directed TKD to submit a letter by today, November 23, 2026, indicating whether it wishes to pursue its motion to withdraw as counsel.

TKD respectfully advises the Court that it wishes to continue with its motion to withdraw. Mr. Kaplan has informed us that he is in the process of retaining new counsel. TKD therefore respectfully requests that the Court allow TKD to submit a status letter by November 25, 2026, informing the Court whether Mr. Kaplan has formally retained new counsel.

TKD further respectfully requests that the Court extend TKD's deadline to file its reply in support of the motion to withdraw from November 25, 2026 to December 4, 2026. TKD also requests that the hearing scheduled for December 3, 2026 at 11:30 a.m. be rescheduled until after TKD has submitted its status letter on November 25, 2026, as the conference may not be necessary if Mr. Kaplan's new counsel is substituted for TKD.

We thank the Court for its time and consideration.

Respectfully submitted,
**TARTER KRINSKY & DROGIN LLP**

By: */s/ Ingrid J. Cardona*
Ingrid J. Cardona

cc: All counsel of record via ECF.

Tarter Krinsky & Drogin LLP ("TKD") will submit a status letter by November 30, 2026, informing the Court whether Mr. Kaplan has retained counsel. TKD's deadline to file a reply in support of its motion to withdraw is December 4, 2026. The hearing scheduled for December 3, 2026 at 11:30 a.m. is adjourned. This Order terminates the motion at Dkt. 33.

Date: November 25, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

094024\2\180869354.v1